**Ingersoll-Rand**
Financial Services

Ingersoll-Rand Financial Services, a division of CitiCapital Commercial Leasing Corporation
8001 Ridgepoint Drive
Irving, TX 75063

EQUIPMENT SCHEDULE NO. 005
To Master Lease Agreement No. 247875
Dated 09/06/05

LESSEE NAME: LAJITAS RESORT, LTD. DBA AMBUSH AT LAJITAS
Address: HC 70 Box 400
City: LAJITAS  State: TX  Zip: 79852

VENDOR NAME:
Address:
City:  State:  Zip:

EQUIPMENT LOCATION (Complete only if Equipment will not be located at Lessee's address)

Address: HC 70 BOX 400  City: LAJITAS  State: TX  Zip: 79852

LIST OF EQUIPMENT LEASED UNDER THIS SCHEDULE:
Quantity, Type, Make, Model Number, Serial Number

(3) CLUB CAR GOLF CAR - ELECTRIC PRECEDENT 4-PASS GAS
ALL COMPLETE WITH ATTACHMENTS AND ACCESSORIES

PF0706 - 726835
PF0706 - 726838
PF0706 - 726845

A. TERM: 54 Months following the first day of the month after delivery ("Lease Commencement Date")

B. TERMINATION VALUE RATE: 0.00 % PER ANNUM

C. PAYMENT SCHEDULE: THE ADVANCE RENTAL PAYMENT, IF ANY, IS PAYABLE, AT THE ELECTION OF LESSOR, UPON THE EARLIER OF DELIVERY OF THE LEASE APPLICATION TO LESSOR OR THE EQUIPMENT TO LESSEE. THE REMAINING RENTAL PAYMENTS ARE PAYABLE MONTHLY ON THE FIRST DAY OF EACH MONTH BEGINNING ON THE FIRST DAY OF 09/06 (MO./YR.).

D. RENTAL PAYMENT: 54 Payments of $269.11, or (ii) for other than equal successive monthly installments:

E. ADVANCE RENTALS: FIRST 0
AND LAST 0
RENTAL PAYMENT(S) PLUS APPLICABLE TAXES

F. SECURITY DEPOSIT: 0.00

All Rental Payments are payable as set forth above without notice or demand. All amounts payable hereunder to Lessor are payable at Lessor's address set forth herein or at such other address as Lessor may specify from time to time in writing. "Interim Rental" shall mean the per day rental for the period from the date of delivery of the Equipment ("Delivery Date") to the first Rental Payment date calculated as monthly Rental Payment divided by 30 times the number of days from the Delivery Date through the end of the month prior to which first Rental Payment for the Equipment is due. Interim Rental is payable upon delivery of the Equipment to the Lessee unless deferred by Lessor to the first monthly Rental Payment date.

### ADDITIONAL PROVISIONS

Lessor hereby agrees to lease to or otherwise finance for Lessee (named above), and Lessee agrees to lease or rent from or otherwise pay for the extension of credit to Lessor the Equipment or modifications listed above, or on any exhibit attached hereto, for the term, and at the additional lease payments as set forth above, subject to all terms and conditions in the Master Lease Agreement dated executed by Lessee and Lessor. Lessor and Lessee agree that the terms, provisions and conditions of the subject Master Lease Agreement are incorporated into this Equipment Schedule.

Lessee authorizes Lessor, or any officer, employee or designee of Lessor, or any assignee of Lessor, to file a financing statement describing the Equipment.

**THIS EQUIPMENT SCHEDULE IS NOT BINDING UNTIL ACCEPTED BY LESSOR**
LAJITAS RESORT, LTD.

LESSOR: Ingersoll-Rand Financial Services, a division of CitiCapital Commercial Leasing Corporation
By: [signature]
Title: VP
Date Accepted: 9/8/06

Lessee: DBA AMBUSH AT LAJITAS
(Full Legal Name of Lessee)
By: SEE ATTACHED SIGNATORY ADDENDUM
Print Name: Daniel Hostettler
Date Signed: 8/16/06

Page 1 of 2 of Master Lease Equipment Schedule w/o Purchase Option between LAJITAS RESORT, LTD. (Lessee) and CITICAPITAL COMMERCIAL LEASING CORPORATION (Lessor).
700309 Rev 08/2004
1.04

LESSOR'S COPY

EXHIBIT 5

EQUIPMENT SCHEDULE NO. __005__
To Master Lease Agreement No. __247875__
Dated __09/06/05__

## SIGNATORY ADDENDUM

This Signatory Addendum is attached to and made a part of that certain Equipment Schedule dated _____ by and between __LAJITAS RESORT, LTD.__ ("Lessee") and __INGERSOLL RAND FINANCIAL SERVICES, A DIVISION OF CITICAPITAL COMMERCIAL LEASING CORPORATION__ ("Lessor"). This SIGNATORY ADDENDUM may also be attached to and made part of any document, including but not limited to the STANDARD RETURN CONDITIONS RIDER ("Document") prepared in connection with the Equipment Schedule.

Customers full name:

LAJITAS RESORT, LTD
BY: LAJITAS MANAGEMENT, LLC
TITLE: GENERAL PARTNER

By: _____
Print Name: _Daniel Hostettler_
Title: _President_
Date: _8/16/06_

LESSOR: INGERSOLL RAND FINANCIAL SERVICES,
A DIVISION OF CITICAPITAL COMMERCIAL LEASING CORPORATION

BY: _____
PRINT NAME: _Dawn Patella_
TITLE: _____
DATE ACCEPTED: _9/8/06_

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

UCC Direct Services
2727 Allen Parkway Suite 1000
Houston, TX 77019
USA

**FILING NUMBER:** 06-0027722298
**FILING DATE:** 08/17/2006 03:01 PM
**DOCUMENT NUMBER:** 140727550006
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR EDI FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **LAJITAS RESORT, LTD.**

1c. MAILING ADDRESS: **HC 70 BOX 400**  CITY: **LAJITAS**  STATE: **TX**  POSTAL CODE: **79852**  COUNTRY: **USA**

1e. TYPE OF ORGANIZATION: **LTD.**  1f. ORG JURISDICTION: **TX**  1g. ORG. ID #: 0013189910

3. SECURED PARTY'S NAME

3a. ORGANIZATION'S NAME: **CitiCapital Commercial Leasing Corporation**

3c. MAILING ADDRESS: **PO Box 168647**  CITY: **Irving**  STATE: **TX**  POSTAL CODE: **75016-8647**  COUNTRY: **USA**

4. This FINANCING STATEMENT covers the following collateral:
THREE (3) CLUB CAR GOLF CAR PREDEDENT 4 PASSENGER GAS together with all futureattachments, accessories, replacement parts, additions, and all chattel paper,documents, general intangibles, instruments, accounts, contract rights and leases now existing or hereafter arising with respect to the above collateral, and all rental payments, and other income relating thereto or arising therefrom, and all cash and non-cash proceeds thereof.

5. ALTERNATIVE DESIGNATION [if applicable]: ☑ LESSEE/LESSOR

8. OPTIONAL FILER REFERENCE DATA
21702001

FILING OFFICE COPY