**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | | |
|---|---|---|
| CASE NAME: | Lajitas Resorts, Ltd. | |
| CASE NUMBER: | 07-70143 | |
| PROPOSED PLAN DATE: | | |

| | | |
|---|---|---|
| PETITION DATE: | 07/02/07 | |
| DISTRICT OF TEXAS: | Western | |
| DIVISION: | Midland | |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH AUGUST YEAR 2007

| MONTH | July | August | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 210,865.00 | 180,205.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -299,551.00 | -420,415.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -916,199.00 | -817,084.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 54,558.99 | 60,170.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 500,785.91 | 794,664.98 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

**CIRCLE ONE**

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | | | EXP. DATE | | |
|---|---|---|---|---|---|---|
| CASUALTY | YES | X | NO | | 04/30/07 | |
| LIABILITY | YES | X | NO | | 04/30/07 | |
| VEHICLE | YES | X | NO | | 04/30/07 | |
| WORKER'S | YES | X | NO | | 04/30/07 | |
| OTHER | YES | X | NO | | 04/30/07 | |

Are all accounts receivable being collected within terms? **Yes**
Are all post-petition liabilities, including taxes, being paid within terms? **Yes**
Have all tax returns and other required government filings been timely paid? **Yes**
Have any pre-petition liabilities been paid? **Yes**
  If so, describe  Payroll & leases approved by the court
Are all funds received being deposited into Debtor in Possession bank accounts? **Yes**
Were any assets disposed of outside the normal course of business? **No**
  If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? **Yes**
What is the status of your Plan of Reorganization?

| | |
|---|---|
| ATTORNEY NAME: | Mark J. Petrocchi |
| FIRM NAME: | Goodrich Postnikoff Albertson & Petrochhi, LLP |
| ADDRESS: | 777 Main Street |
| | Suite 1360 |
| CITY, STATE, ZIP: | Fort Worth, TX 76102 |
| TELEPHONE/FAX: | (817) 347-5269/(817) 338-9209 |

INITIALS _____
DATE _____
UST USE ONLY

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X __C. Matulich__ TITLE: ____CFO_____
(ORIGINAL SIGNATURE)
___Cynthia L. Matulich_____    ____8/24/07____
(PRINT NAME OF SIGNATORY)       DATE   Revised 11/08/05

**MOR-1**

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | 7/2/2007 0:00 | Jul-07 | Aug-07 | | | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash | 41,785.00 | 613,300.00 | 23,169.00 | | | | |
| Accounts Receivable, Net | 194,430.00 | 194,387.00 | 161,371.00 | | | | |
| Inventory: Lower of Cost or Market | 515,234.00 | 504,628.00 | 504,412.00 | | | | |
| Prepaid Expenses | 304,679.00 | 341,409.00 | 408,153.00 | | | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 1,056,128.00 | 1,653,724.00 | 1,097,105.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 38,955,273.00 | 38,980,209.00 | 39,012,779.00 | | | | |
| Less Accumulated Depreciation | 9,520,602.00 | 9,654,671.00 | 9,788,540.00 | | | | |
| NET BOOK VALUE OF PP & E | 29,434,671.00 | 29,325,538.00 | 29,224,239.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | 19,161,435.00 | 19,227,812.00 | 19,263,648.00 | | | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $49,652,234.00 | $50,207,074.00 | $49,584,992.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**  *Revised 11/08/05*

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 7/2/2007 0:00 | MONTH Jul-07 | MONTH Aug-07 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 678,266.00 | 1,759,406.00 | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
|   Notes Payable - Secured | 12,500,000.00 | 12,500,000.00 | 12,500,000.00 | | | | |
|   Priority Debt  (** Pre-petition) | 149,733.00 | 146,183.00 | 0.00 | | | | |
|   Federal Income Tax | | | | | | | |
|   FICA/Withholding  (** Pre-petition) | -3,719.00 | | 0.00 | | | | |
|   Unsecured Debt | 3,838,014.00 | 3,819,353.00 | 3,815,666.00 | | | | |
|   Other | 2,692,273.00 | 3,503,538.00 | 2,767,270.00 | | | | |
| TOTAL PRE-PETITION LIABILITIES | 19,176,301.00 | 19,969,074.00 | 19,082,936.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 19,176,301.00 | 20,647,340.00 | 20,842,342.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 83,654,507.00 | 83,654,507.00 | 83,654,507.00 | | | | |
| RETAINED EARNINGS: Filing Date | -53,178,574.00 | -53,178,574.00 | -53,178,574.00 | | | | |
| RETAINED EARNINGS: Post Filing Date | | -916,199.00 | -1,733,283.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 30,475,933.00 | 29,559,734.00 | 28,742,650.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $49,652,234.00 | $50,207,074.00 | $49,584,992.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3**  *Revised 11/08/05*

(** Pre-petition) Payroll and payroll taxes were included as a priority claim, but it was not posted until July due to the timing of the payperiod ending and pay dates.

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH Jul-07 | MONTH Aug-07 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 140,055.00 | 57,014.00 | | | | |
| TAX PAYABLE | | | | | | |
|   Federal Payroll Taxes | 20,007.00 | 19,166.00 | | | | |
|   State Payroll Taxes | 7,429.00 | 8,138.00 | | | | |
|   Ad Valorem Taxes | | | | | | |
|   Other Taxes | 10,775.00 | 8,724.00 | | | | |
| TOTAL TAXES PAYABLE | 38,211.00 | 36,028.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | 716,638.00 | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
|   1. Advance from Steve Smith | 500,000.00 | 800,000.00 | | | | |
|   2. Payroll/Vacation/Incentives | | 28,871.00 | | | | |
|   3. Deposits | | 10,195.00 | | | | |
|   4 Accrued Property Tax | | 56,000.00 | | | | |
|   4 Other Accruals | | 54,660.00 | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $678,266.00 | $1,759,406.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 11/08/05*

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

### AGING OF POST-PETITION LIABILITIES
MONTH August

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | |
|---|---|---|---|---|---|---|
| 0-30 | 74,337.48 | 38,309.48 | 19,166.00 | 8,138.00 | 8,724.00 | |
| 31-60 | 125.95 | 125.95 | | | | |
| 61-90 | 0.00 | 0.00 | | | | |
| 91+ | 18,578.51 | 18,578.51 | | | | |
| TOTAL | $93,041.94 | $57,013.94 | $19,166.00 | $8,138.00 | $8,724.00 | $0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | TOTAL | Club A/R | Hotel A/R | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 39,368.58 | 34,741.23 | 4,627.35 | | | |
| 31-60 DAYS | 16,230.58 | 10,718.71 | 5,511.87 | | | |
| 61-90 DAYS | 11,989.40 | 7,709.52 | 4,279.88 | | | |
| 91+ DAYS | 99,513.84 | 80,789.42 | 18,724.42 | | | |
| TOTAL | $167,102.40 | $133,958.88 | $33,143.52 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 11/08/05*

CASE NAME: Lajitas Resorts, Ltd.
CASE NUMBER: 07-70143

## STATEMENT OF INCOME (LOSS)

| | MONTH Jul-07 | MONTH Aug-07 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---:|---:|---:|---:|---:|---:|---:|
| REVENUES (MOR-1) | 210,865.00 | 180,205.00 | | | | | 391,070.00 |
| TOTAL COST OF REVENUES | 86,809.00 | 55,374.00 | | | | | 142,183.00 |
| GROSS PROFIT | 124,056.00 | 124,831.00 | 0.00 | 0.00 | 0.00 | 0.00 | 248,887.00 |
| **OPERATING EXPENSES:** | | | | | | | |
|    Selling & Marketing | 11,100.00 | 10,160.00 | | | | | 21,260.00 |
|    General & Administrative | 45,164.00 | 127,223.00 | | | | | 172,387.00 |
|    Insiders Compensation | | 1,036.00 | | | | | 1,036.00 |
|    Professional Fees | | | | | | | 0.00 |
|    Payroll | 234,278.00 | 253,109.00 | | | | | 487,387.00 |
|    Other | 133,065.00 | 153,718.00 | | | | | 286,783.00 |
| **TOTAL OPERATING EXPENSES** | 423,607.00 | 545,246.00 | 0.00 | 0.00 | 0.00 | 0.00 | 968,853.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -299,551.00 | -420,415.00 | 0.00 | 0.00 | 0.00 | 0.00 | -719,966.00 |
| INTEREST EXPENSE | 482,579.00 | 262,801.00 | | | | | 745,380.00 |
| DEPRECIATION | 134,069.00 | 133,868.00 | | | | | 267,937.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 616,648.00 | 396,669.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,013,317.00 |
| NET INCOME BEFORE TAXES | -916,199.00 | -817,084.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,733,283.00 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | ($916,199.00) | ($817,084.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($1,733,283.00) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\* Footnote Mandatory.*

*\* \* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**  *Revised 11/05/05*

July General and Administrative Expenses includes a credit of $35K for a prior period coding error.

July Payroll includes a $59K Workers' Copm Refund

August Other Expenses includes a $10K application fee to Ft. Ashford Funds and a $25K pre-petition advance from Steve Smith recorded after the fact.

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jul-07 | MONTH Aug-07 | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 41,785.00 | 613,300.00 | 23,169.93 | 23,169.93 | 23,169.93 | 23,169.93 | 41,785.00 |
| **RECEIPTS:** | | | | | | | |
| 2. CASH SALES | 197,241.20 | 184,918.77 | | | | | 382,159.97 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 15,686.71 | 18,390.01 | | | | | 34,076.72 |
| 4. LOANS & ADVANCES (attach list) | 800,000.00 | 0.00 | | | | | 800,000.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | | | | | 0.00 |
| 6. OTHER (attach list) | 59,373.00 | 1,226.13 | | | | | 60,599.13 |
| TOTAL RECEIPTS** | 1,072,300.91 | 204,534.91 | 0.00 | 0.00 | 0.00 | 0.00 | 1,276,835.82 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | 0.00 | | | | | 0.00 |
| **DISBURSEMENTS:** | | | | | | | |
| 7. NET PAYROLL | 199,913.34 | 324,257.49 | | | | | 524,170.83 |
| 8. PAYROLL TAXES PAID | 49,665.92 | 46,650.65 | | | | | 96,316.57 |
| 9. SALES, USE & OTHER TAXES PAID | 13,818.82 | 10,824.77 | | | | | 24,643.59 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 50,090.45 | | | | | 50,090.45 |
| 11. UTILITIES & TELEPHONE | 6,083.20 | 92,671.24 | | | | | 98,754.44 |
| 12. INSURANCE | 66,731.52 | 50,186.51 | | | | | 116,918.03 |
| 13. INVENTORY PURCHASES | 56,460.42 | 46,512.55 | | | | | 102,972.97 |
| 14. VEHICLE EXPENSES*** | 38,805.36 | 45,459.88 | | | | | 84,265.24 |
| 15. TRAVEL & ENTERTAINMENT | 5,004.28 | 1,530.89 | | | | | 6,535.17 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 13,000.20 | 13,575.14 | | | | | 26,575.34 |
| 17. ADMINISTRATIVE & SELLING | 45,917.85 | 102,905.41 | | | | | 148,823.26 |
| 18. ADEQUATE PROTECTION PAYMENT(S)**** | 3,885.00 | | | | | | 3,885.00 |
| 19. OTHER (attach list) | | 10,000.00 | | | | | 10,000.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 499,285.91 | 794,664.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1,293,950.89 |
| 19. PROFESSIONAL FEES | 1,500.00 | | | | | | 1,500.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 500,785.91 | 794,664.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1,295,450.89 |
| 22. NET CASH FLOW | 571,515.00 | -590,130.07 | 0.00 | 0.00 | 0.00 | 0.00 | -18,615.07 |
| 23. CASH - END OF MONTH (MOR-2) | 613,300.00 | 23,169.93 | 23,169.93 | 23,169.93 | 23,169.93 | 23,169.93 | 23,169.93 |

* Applies to Individual debtors only

**MOR-7**          **Numbers for the current month should balance (match)          *Revised 11/08/05*
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**Note:**
Other Reciepts has been used for net transfers between accounts
and a refund on a workers compensation policy all match MOR8

***This is for the fuel purchases for the resort including
fuel to run the generators on the golf course and utility company

****Deposit to new garbage company for monthly garbage
pickup

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

CASH ACCOUNT RECONCILIATION
MONTH OF August-07

| BANK NAME | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | In House Banks | # 707691531 | # 145718 | Account Closed | Account Closed | # 707691556 | # 707691549 | # 707691812 | # 7051654 | #145734 | Account Closed | House Bank | #2049843747 | |
| ACCOUNT TYPE | *House Banks* | *OPERATING* | *PAYROLL* | *WTNB - Deposit* | *WTNB - Operating* | *CC DEPOSIT* | *CONSTRUC. OPERATING* | *LAKESIDE COTTAGES* | *CLAY HENRY FUND* | *PETTY CASH* | *PBT - Checking* | *Petty Cash-Construction* | *FUNDING ACCT* | *TOTAL* |
| BANK BALANCE | 0 | 7,407.60 | 44,061.05 | 0.00 | 0.00 | 0.00 | 0.00 | 1,152.48 | 1,037.90 | 50,341.13 | 0.00 | 0.00 | 1.00 | 104,001.16 |
| DEPOSITS IN TRANSIT | 0 | 25,259.37 | 0.00 | 0.00 | 0.00 | 77.34 | 0.00 | 0.00 | 0.00 | -22,379.08 | 0.00 | 0.00 | 0.00 | 2,957.63 |
| OUTSTANDING CHECKS | | 26,886.79 | 45,902.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,068.61 | 0.00 | 0.00 | 0.00 | 79,857.86 |
| ADJUSTED BANK BALANCE | 0 | 5,780.18 | -1,841.41 | 0.00 | 0.00 | 77.34 | 0.00 | 1,152.48 | 1,037.90 | 20,893.44 | 0.00 | 0.00 | 1.00 | 27,100.93 |
| BEGINNING CASH - PER BOOKS | 8,923.00 | 601,853.60 | -1,608.40 | 5,145.00 | -17,742.00 | 77.34 | 0.00 | 1,148.18 | 1,037.90 | 14,720.78 | 3,259.00 | -3,516.00 | 1.00 | 613,299.40 |
| RECEIPTS* | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 133,760.70 | 0.00 | 4.30 | 0.00 | 69,548.08 | 0.00 | 0.00 | 0.00 | 203,313.08 |
| TRANSFERS BETWEEN ACCOUNTS | 0 | -76,486.04 | 227,145.43 | 0.00 | 0.00 | -129,146.40 | 4,709.44 | 0.00 | 0.00 | -25,000.00 | 0.00 | 0.00 | 0.00 | 1,222.43 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0 | 519,587.38 | 227,378.44 | 0.00 | 0.00 | 4,614.30 | 4,709.44 | 0.00 | 0.00 | 38,375.42 | 0.00 | 0.00 | 0.00 | 794,664.98 |
| ENDING CASH - PER BOOKS | 8,923.00 | 5,780.18 | -1,841.41 | 5,145.00 | -17,742.00 | 77.34 | 0.00 | 1,152.48 | 1,037.90 | 20,893.44 | 3,259.00 | -3,516.00 | 1.00 | 23,169.93 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 11/08/05

*Accounts closed balances remaining due to stale dated deposits and checks not cleared from gl.

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 7/31/2007 | MONTH 8/31/2007 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Randy Williamson-condo rental | 5,000.00 | 1,108.36 | | | | |
| 2. Santa Elena Hospitality-mgmt fee | 44,970.84 | 46,183.90 | | | | |
| 3. Boquillas Beverage-beverage taxes | 1,359.68 | 8,977.65 | | | | |
| 4. Katie Schoeni-Hostettler-payroll | 2,019.16 | 2,019.17 | | | | |
| 5. Kelly Bandy-payroll | 1,209.31 | 1,226.05 | | | | |
| 6. Daniel Hostettler-expense reimbursement | | 655.35 | | | | |
| TOTAL INSIDERS (MOR-1) | 54,558.99 | 60,170.48 | 0.00 | 0.00 | 0.00 | 0.00 |

| PROFESSIONALS | MONTH 7/31/2007 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Quan, Burdette & Perez-employee visa | 1,500.00 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

MOR-9

*Revised 11/08/05*