**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | Lajitas Resorts, Ltd. |
| CASE NUMBER: | 07-70143 |
| PROPOSED PLAN DATE: | |

| | |
|---|---|
| PETITION DATE: | 07/02/07 |
| DISTRICT OF TEXAS: | Western |
| DIVISION: | Midland |

### MONTHLY OPERATING REPORT SUMMARY FOR MONTH OCTOBER YEAR 2007

| MONTH | Jul-07 | Aug-07 | Sep-07 | Oct-07 | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 210,865.00 | 180,205.00 | 382,679.00 | 483,768.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -299,551.00 | -420,415.00 | -321,261.82 | -136,572.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -916,199.00 | -817,084.00 | -721,008.82 | -537,701.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 54,558.99 | 60,170.48 | 57,015.93 | 75,339.66 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 1,500.00 | 0.00 | 0.00 | 7,192.05 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 500,785.91 | 794,664.98 | 673,007.54 | 1,411,400.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

**REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE**  EXP. DATE

| | | | | | |
|---|---|---|---|---|---|
| CASUALTY | YES | X | NO | | 04/30/08 |
| LIABILITY | YES | X | NO | | 04/30/08 |
| VEHICLE | YES | X | NO | | 04/30/08 |
| WORKER'S | YES | X | NO | | 04/30/08 |
| OTHER | YES | X | NO | | 04/30/08 |

**CIRCLE ONE**

| | |
|---|---|
| Are all accounts receivable being collected within terms? | Yes |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes |
| Have all tax returns and other required government filings been timely paid? | Yes |
| Have any pre-petition liabilities been paid? | Yes |
| If so, describe  Payroll & leases approved by the court | |
| Are all funds received being deposited into Debtor in Possession bank accounts? | Yes |
| Were any assets disposed of outside the normal course of business? | No |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes |
| What is the status of your Plan of Reorganization? | |

| | |
|---|---|
| ATTORNEY NAME: | Mark J. Petrocchi |
| FIRM NAME: | Goodrich Postnikoff Albertson & Petrochhi, LLP |
| ADDRESS: | 777 Main Street |
| | Suite 1360 |
| CITY, STATE, ZIP: | Fort Worth, TX 76102 |
| TELEPHONE/FAX: | (817) 347-5269/(817) 338-9209 |

INITIALS _____
DATE _____
UST USE ONLY

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _C. Matulich_____ TITLE: ____CFO_____
(ORIGINAL SIGNATURE)

___Cynthia L. Matulich_____     ____11/26/07____
(PRINT NAME OF SIGNATORY)              DATE    Revised 11/08/05

**MOR-1**

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | 7/2/2007 0:00 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash | 41,785.00 | 613,300.00 | 23,169.00 | 714,687.58 | 367,709.00 | | |
| Accounts Receivable, Net | 194,430.00 | 194,387.00 | 161,371.00 | 260,306.00 | 222,289.00 | | |
| Inventory: Lower of Cost or Market | 515,234.00 | 504,628.00 | 504,412.00 | 499,789.00 | 493,522.00 | | |
| Prepaid Expenses | 304,679.00 | 341,409.00 | 408,153.00 | 403,037.00 | 398,824.00 | | |
| Investments | | | | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | 1,056,128.00 | 1,653,724.00 | 1,097,105.00 | 1,877,819.58 | 1,482,344.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 38,955,273.00 | 38,980,209.00 | 39,012,779.00 | 39,049,148.00 | 39,071,766.00 | | |
| Less Accumulated Depreciation | 9,520,602.00 | 9,654,671.00 | 9,788,540.00 | 9,922,179.00 | 10,055,028.00 | | |
| NET BOOK VALUE OF PP & E | 29,434,671.00 | 29,325,538.00 | 29,224,239.00 | 29,126,969.00 | 29,016,738.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | 19,161,435.00 | 19,227,812.00 | 19,263,648.00 | 19,252,457.00 | 19,299,634.00 | | |
| 3. Electric Deposit | | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $49,652,234.00 | $50,207,074.00 | $49,584,992.00 | $50,257,245.58 | $49,798,716.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**

*Revised 11/08/05*

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 7/2/2007 0:00 | MONTH Jul-07 | MONTH Aug-07 | MONTH Sep-07 | MONTH Oct-07 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 678,266.00 | 1,759,406.00 | 2,139,779.00 | 3,769,714.00 | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 12,500,000.00 | 12,500,000.00 | 12,500,000.00 | 12,500,000.00 | 12,500,000.00 | | |
| Priority Debt (** Pre-petition) | 149,733.00 | 146,183.00 | 0.00 | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding (** Pre-petition) | -3,719.00 | | 0.00 | | | | |
| Unsecured Debt | 3,838,014.00 | 3,819,353.00 | 3,815,666.00 | 3,781,133.00 | 3,757,529.00 | | |
| Other | 2,692,273.00 | 3,503,538.00 | 2,767,270.00 | 3,819,492.00 | 2,287,265.00 | | |
| TOTAL PRE-PETITION LIABILITIES | 19,176,301.00 | 19,969,074.00 | 19,082,936.00 | 20,100,625.00 | 18,545,061.82 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 19,176,301.00 | 20,647,340.00 | 20,842,342.00 | 22,240,404.00 | 22,314,775.82 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | 83,654,507.00 | 83,654,507.00 | 83,654,507.00 | 83,654,507.00 | 83,654,507.00 | | |
| RETAINED EARNINGS: Filing Date | -53,178,574.00 | -53,178,574.00 | -53,178,574.00 | -53,178,574.00 | -53,178,574.00 | | |
| RETAINED EARNINGS: Post Filing Date | | -916,199.00 | -1,733,283.00 | -2,454,291.82 | -2,991,992.82 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 30,475,933.00 | 29,559,734.00 | 28,742,650.00 | 28,021,641.18 | 27,483,940.18 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $49,652,234.00 | $50,207,074.00 | $49,584,992.00 | $50,262,045.18 | $49,798,716.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3** *Revised 11/08/05*

(** Pre-petition) Payroll and payroll taxes were included as a priority claim, but it was not posted until July due to the timing of the payperiod ending and pay dates.

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
|  | Jul-07 | Aug-07 | Sep-07 | Oct-07 |  |  |
| *TRADE ACCOUNTS PAYABLE* | 140,055.00 | 57,014.00 | 58,578.00 | 37,689.00 |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
| Federal Payroll Taxes | 20,007.00 | 19,166.00 | 20,611.00 | -3,715.00 |  |  |
| State Payroll Taxes | 7,429.00 | 8,138.00 | 8,654.00 | 5,333.00 |  |  |
| Ad Valorem Taxes |  |  |  |  |  |  |
| Other Taxes | 10,775.00 | 8,724.00 | 24,769.00 | 32,003.00 |  |  |
| TOTAL TAXES PAYABLE | 38,211.00 | 36,028.00 | 54,034.00 | 33,621.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE |  | 716,638.00 | 996,628.00 | 1,224,951.00 |  |  |
| ACCRUED PROFESSIONAL FEES* |  |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
| 1. Advance from Steve Smith | 500,000.00 | 800,000.00 | 800,000.00 | 1,817,000.00 |  |  |
| 2. Payroll/Vacation/Incentives |  | 28,871.00 | 54,938.00 | 83,115.00 |  |  |
| 3. Deposits |  | 10,195.00 | 50,549.00 | 173,814.00 |  |  |
| 4 Accrued Property Tax |  | 56,000.00 | 56,000.00 | 112,000.00 |  |  |
| 4 Other Accruals |  | 54,660.00 | 69,052.00 | 287,524.00 |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $678,266.00 | $1,759,406.00 | $2,139,779.00 | $3,769,714.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**                                                                                                          *Revised 11/08/05*

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

### AGING OF POST-PETITION LIABILITIES
MONTH October-07

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | |
|---|---|---|---|---|---|---|
| 0-30 | 25,176.17 | 25,176.17 | | | | |
| 31-60 | -305.96 | -305.96 | | | | |
| 61-90 | 113.86 | 113.86 | | | | |
| 91+ | 12,704.68 | 12,704.68 | | | | |
| TOTAL | $37,688.75 | $37,688.75 | $0.00 | $0.00 | $0.00 | $0.00 |

### AGING OF ACCOUNTS RECEIVABLE

| MONTH | TOTAL | Club A/R | Hotel A/R | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 30,540.32 | 27,353.05 | 3,187.27 | | | |
| 31-60 DAYS | 32,023.61 | 29,223.61 | 2,800.00 | | | |
| 61-90 DAYS | 14,026.39 | 10,736.19 | 3,290.20 | | | |
| 91+ DAYS | 124,508.51 | 94,892.46 | 29,616.05 | | | |
| TOTAL | $201,098.83 | $162,205.31 | $38,893.52 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 11/08/05*

CASE NAME: Lajitas Resorts, Ltd.
CASE NUMBER: 07-70143

## STATEMENT OF INCOME (LOSS)

| | MONTH Jul-07 | MONTH Aug-07 | MONTH Sep-07 | MONTH Oct-07 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 210,865.00 | 180,205.00 | 382,679.00 | 483,768.00 | | | 1,257,517.00 |
| TOTAL COST OF REVENUES | 86,809.00 | 55,374.00 | 163,053.00 | 112,490.00 | | | 417,726.00 |
| GROSS PROFIT | 124,056.00 | 124,831.00 | 219,626.00 | 371,278.00 | 0.00 | 0.00 | 839,791.00 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | 11,100.00 | 10,160.00 | 12,817.00 | 28,379.00 | | | 62,456.00 |
| General & Administrative | 45,164.00 | 127,223.00 | 137,959.82 | 118,456.00 | | | 428,802.82 |
| Insiders Compensation | | 1,036.00 | 57,015.93 | 75,339.66 | | | 133,391.59 |
| Professional Fees | | | 0.00 | 7,192.05 | | | 7,192.05 |
| Payroll | 234,278.00 | 253,109.00 | 265,742.00 | 267,991.00 | | | 1,021,120.00 |
| Other | 133,065.00 | 153,718.00 | 67,353.07 | 10,492.29 | | | 364,628.36 |
| **TOTAL OPERATING EXPENSES** | 423,607.00 | 545,246.00 | 540,887.82 | 507,850.00 | 0.00 | 0.00 | 2,017,590.82 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -299,551.00 | -420,415.00 | -321,261.82 | -136,572.00 | 0.00 | 0.00 | -1,177,799.82 |
| INTEREST EXPENSE | 482,579.00 | 262,801.00 | 266,108.00 | 268,279.00 | | | 1,279,767.00 |
| DEPRECIATION | 134,069.00 | 133,868.00 | 133,639.00 | 132,850.00 | | | 534,426.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 616,648.00 | 396,669.00 | 399,747.00 | 401,129.00 | 0.00 | 0.00 | 1,814,193.00 |
| NET INCOME BEFORE TAXES | -916,199.00 | -817,084.00 | -721,008.82 | -537,701.00 | 0.00 | 0.00 | -2,991,992.82 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | ($916,199.00) | ($817,084.00) | ($721,008.82) | ($537,701.00) | $0.00 | $0.00 | ($2,991,992.82) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\* Footnote Mandatory.*

*\* \* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**  *Revised 11/05/05*

July General and Administrative Expenses includes a credit of $35K for a prior period coding error.
July Payroll includes a $59K Workers' Copm Refund
August Other Expenses includes a $10K application fee to Ft. Ashford Funds and a $25K pre-petition advance from Steve Smith recorded after the fact.

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Jul-07 | MONTH Aug-07 | MONTH Sep-07 | MONTH Oct-07 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 41,785.00 | 613,300.00 | 23,169.93 | 714,688.04 | 367,708.65 | 367,708.65 | 41,785.00 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 197,241.20 | 184,918.77 | 317,462.00 | 266,748.91 | | | 966,370.88 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 15,686.71 | 18,390.01 | 31,058.71 | 101,518.62 | | | 166,654.05 |
| 4. LOANS & ADVANCES (attach list) | 800,000.00 | 0.00 | 0.00 | 0.00 | | | 800,000.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| 6. OTHER (attach list) | 59,373.00 | 1,226.13 | 1,016,004.94 | 696,153.08 | | | 1,772,757.15 |
| TOTAL RECEIPTS** | 1,072,300.91 | 204,534.91 | 1,364,525.65 | 1,064,420.61 | 0.00 | 0.00 | 3,705,782.08 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | 0.00 | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 199,913.34 | 324,257.49 | 230,727.44 | 247,102.23 | | | 1,002,000.50 |
| 8. PAYROLL TAXES PAID | 49,665.92 | 46,650.65 | 45,203.55 | 74,128.34 | | | 215,648.46 |
| 9. SALES, USE & OTHER TAXES PAID | 13,818.82 | 10,824.77 | 10,396.90 | 27,566.76 | | | 62,607.25 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 50,090.45 | 75,369.65 | 47,696.58 | | | 173,156.68 |
| 11. UTILITIES & TELEPHONE | 6,083.20 | 92,671.24 | 74,153.70 | 64,310.82 | | | 237,218.96 |
| 12. INSURANCE | 66,731.52 | 50,186.51 | 23,118.40 | 70,188.06 | | | 210,224.49 |
| 13. INVENTORY PURCHASES | 56,460.42 | 46,512.55 | 70,758.83 | 55,491.21 | | | 229,223.01 |
| 14. VEHICLE EXPENSES*** | 38,805.36 | 45,459.88 | 32,058.68 | 25,575.24 | | | 141,899.16 |
| 15. TRAVEL & ENTERTAINMENT | 5,004.28 | 1,530.89 | 3,138.82 | 14,687.22 | | | 24,361.21 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 13,000.20 | 13,575.14 | 22,650.36 | 3,681.65 | | | 52,907.35 |
| 17. ADMINISTRATIVE & SELLING | 45,917.85 | 102,905.41 | 84,636.15 | 74,918.65 | | | 308,378.06 |
| 18. ADEQUATE PROTECTION PAYMENT(S)**** | 3,885.00 | | | | | | 3,885.00 |
| 19. OTHER (attach list) | | 10,000.00 | 795.06 | 700,803.24 | | | 711,598.30 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 499,285.91 | 794,664.98 | 673,007.54 | 1,406,150.00 | 0.00 | 0.00 | 3,373,108.43 |
| 19. PROFESSIONAL FEES | 1,500.00 | | | | | | 1,500.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | 5,250.00 | | | 5,250.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 500,785.91 | 794,664.98 | 673,007.54 | 1,411,400.00 | 0.00 | 0.00 | 3,379,858.43 |
| 22. NET CASH FLOW | 571,515.00 | -590,130.07 | 691,518.11 | -346,979.39 | 0.00 | 0.00 | 325,923.65 |
| 23. CASH - END OF MONTH (MOR-2) | 613,300.00 | 23,169.93 | 714,688.04 | 367,708.65 | 367,708.65 | 367,708.65 | 367,708.65 |

* Applies to Individual debtors only

**MOR-7**         **Numbers for the current month should balance (match)        *Revised 11/08/05*
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

**Note:**
Other Reciepts has been used for net transfers between accounts
and a refund on a workers compensation policy all match MOR8

***This is for the fuel purchases for the resort including
fuel to run the generators on the golf course and utility company

****Deposit to new garbage company for monthly garbage
pickup

CASE NAME: Lajitas Resorts, Ltd.
CASE NUMBER: 07-70143

CASH ACCOUNT RECONCILIATION
MONTH OF October-07

| BANK NAME | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | In House Banks | # 707691531 | # 145718 | Account Closed | Account Closed | # 707691556 | # 707691549 | # 707691812 | # 7051654 | #145734 | Account Closed | House Bank | #2049843747 | |
| ACCOUNT TYPE | House Banks | *OPERATING* | *PAYROLL* | *WTNB - Deposit* | *WTNB - Operating* | *CC DEPOSIT* | *CONSTRUC. OPERATING* | *LAKESIDE COTTAGES* | *CLAY HENRY FUND* | *PETTY CASH* | *PBT - Checking* | *Petty Cash-Construction* | *FUNDING ACCT* | *TOTAL* |
| BANK BALANCE | 0 | 177,276.00 | 8,515.03 | 0.00 | 0.00 | 0.00 | 0.00 | 1,160.14 | 1,037.90 | 111,565.99 | 0.00 | 0.00 | 108,107.51 | 407,662.57 |
| DEPOSITS IN TRANSIT | 0 | 2,695.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 956.46 | 0.00 | 0.00 | 0.00 | 3,652.16 |
| OUTSTANDING CHECKS | 0 | 21,268.33 | 9,449.18 | 0.00 | 0.00 | 0.00 | 267.82 | 0.00 | 0.00 | 9,089.75 | 0.00 | 0.00 | 0.00 | 40,075.08 |
| ADJUSTED BANK BALANCE | 0 | 158,703.37 | -934.15 | 0.00 | 0.00 | 0.00 | -267.82 | 1,160.14 | 1,037.90 | 103,432.70 | 0.00 | 0.00 | 108,107.51 | 371,239.65 |
| BEGINNING CASH - PER BOOKS | 9,323.00 | 368,305.93 | -1,760.33 | 5,145.00 | -17,742.00 | 77.34 | -5,067.42 | 1,156.15 | 1,037.90 | -4,887.86 | 3,259.00 | -3,516.00 | 359,557.33 | 714,888.04 |
| RECEIPTS* | 0 | 674.20 | 0.00 | 0.00 | 0.00 | 253,859.42 | 0.00 | 3.99 | 0.00 | 113,179.74 | 0.00 | 0.00 | 550.18 | 368,267.53 |
| TRANSFERS BETWEEN ACCOUNTS | 0 | 298,544.70 | 154,231.96 | 0.00 | 0.00 | -249,850.26 | 6,903.43 | 0.00 | 0.00 | 37,520.00 | 0.00 | 0.00 | -252,000.00 | -4,650.17 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 0 | 508,821.46 | 153,405.78 | 0.00 | 0.00 | 4,086.50 | 2,103.83 | 0.00 | 0.00 | 42,379.18 | 0.00 | 0.00 | 0.00 | 710,796.75 |
| ENDING CASH - PER BOOKS | 9,323.00 | 158,703.37 | -934.15 | 5,145.00 | -17,742.00 | 0.00 | -267.82 | 1,160.14 | 1,037.90 | 103,432.70 | 3,259.00 | -3,516.00 | 108,107.51 | 367,708.65 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

Revised 11/08/05

*Accounts closed balances remaining due to stale dated deposits and checks not cleared from gl.

**CASE NAME:** Lajitas Resorts, Ltd.
**CASE NUMBER:** 07-70143

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 7/31/2007 | MONTH 8/31/2007 | MONTH 09/30/07 | MONTH 10/31/07 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Randy Williamson-condo rental | 5,000.00 | 1,108.36 | 5,000.00 | 5,000.00 | | |
| 2. Santa Elena Hospitality-mgmt fee/rebilled exp | 44,970.84 | 46,183.90 | 44,970.84 | 62,082.92 | | |
| 3. Boquillas Beverage-beverage taxes | 1,359.68 | 8,977.65 | 1,362.76 | 4,442.62 | | |
| 4. Katie Schoeni-Hostettler-payroll | 2,019.16 | 2,019.17 | 2,738.21 | 2,019.16 | | |
| 5. Kelly Bandy-payroll | 1,209.31 | 1,226.05 | 1,217.32 | 1,250.09 | | |
| 6. Daniel Hostettler-expense reimbursement | | 655.35 | 1,726.80 | 544.87 | | |
| 73 Tanya Smith-contract services | | | | 1,400.00 | | |
| TOTAL INSIDERS (MOR-1) | 54,558.99 | 60,170.48 | 57,015.93 | 75,339.66 | 0.00 | 0.00 |

| PROFESSIONALS | MONTH 7/31/2007 | MONTH | MONTH | MONTH 10/31/07 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Quan, Burdette & Perez-employee visa | 1,500.00 | | | | | |
| 2. Mark Moody | | | | 7,192.05 | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | 1,500.00 | 0.00 | 0.00 | 7,192.05 | 0.00 | 0.00 |

**MOR-9**

*Revised 11/08/05*