# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 07–70143–rbk
Chapter No.: 11
Judge: Ronald B. King

IN RE: **Lajitas Resort, Ltd., et al** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at      Midland Room P124, U.S. Courthouse, 100 E. Wall St., Midland, TX 79701

on      **1/8/08    at    02:00 PM**

Televideo Conference Hearing: ANY EXHIBIT WHICH THE PARTIES MAY WANT THE COURT TO CONSIDER MUST BE MAILED TO THE COURTROOM DEPUTY SEVEN DAYS PRIOR TO THE HEARING... MAIL EXHIBITS TO U.S. BANKRUPTCY COURT, ATTN: JANA BRISIEL, 615 E. HOUSTON ST., SAN ANTONIO, TEXAS 78205...IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE CALL JANA BRISIEL AT 210–472–6720 EXT. 235......... Hearing To Consider and Act Upon the Following: (Related Document(s): [220] Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement filed by Mark J. Petrocchi for Debtor Lajitas Resort, Ltd. – Hearing Scheduled For 1/8/2008 at 02:00 PM at Midland Room 124 – PARTIES MAY ALSO APPEAR IN SAN ANTONIO, COURTROOM #3, 5TH FLOOR (Brisiel, Jana)

Dated:  11/28/07

George D. Prentice II
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]