**#254 MTN. TO COMPEL**     EXHIBIT AND WITNESS LIST
AO 187 (REV. 4/82)

| PA Funding, LLC | | | | Vs. SRS Management, LLC | DISTRICT COURT Western District of Texas (San Antonio Division) | |
|---|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY<br>Eric Terry | | | | DEFENDANT'S ATTORNEY<br>Patrick Huffstickler | DOCKET NUMBER<br>07-70143 | FILED<br>DEC 2 6 2007<br>U.S. BANKRUPTCY COURT<br>BY _____ DEPUTY |
| | | | | | TRIAL DATE(S)<br>12/18/07 | |
| PRESIDING JUDGE<br>Ronald B. King | | | | COURT REPORTER<br>Beth Chapa | COURTROOM DEPUTY<br>Jana Brisiel | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS * AND WITNESSES | |
| W-1 | | 12/18/07 | ----- | -------- | Daniel S. Hostettler | |
| W-2 | | 12/18/07 | ----- | -------- | James Travis Roberts, Jr. | |
| W-3 | | 12/18/07 | ----- | -------- | William W. Lesley | |
| W-4 | | 12/18/07 | ----- | -------- | Frank M. Harrison | |
| | | | | | | |
| | | | | | | |
| | | | | | ***EXHIBITS OF KELCY WARREN*** | |
| 1 | | 12/18/07 | yes | 12/18/07 | Appraisal of the Lajitas Resort and Related Residential Development Prepared by PKF Consulting, dated 2/23/07 | |
| 2 | | 12/18/07 | yes | 12/18/07 | Brewster County Tax Rolls Regarding Real property of Lajitas Sales to Be Acquired | |
| 3 | | ---------- | ---- | ------- | Statement of Lot Sales *(NO EXHIBIT FOR THIS #)* | |
| 4 | | 12/18/07 | yes | 12/18/07 | Lajitas Additional Assets Acquisition Summary (Demonstrative) | |
| 5 | | 12/18/07 | yes | 12/18/07 | Debtors' file regarding surveyor contract with Trans Pecos Land Surveyors, Inc. | |
| 6 | | 12/18/07 | yes | 12/18/07 | Affidavit of J. Travis Roberts, Jr. | |
| 7 | | 12/18/07 | yes | 12/18/07 | Form of Surveyor Contract with Trans Pecos Land Surveyors, Inc. | |
| 8 | | 12/18/07 | yes | 12/18/07 | Boquillas Beverage Company Valuation of Assets dated 12/17/07 prepared by Edwin W. Leslie, CHA | |
| 9 | | 12/18/07 | yes | 12/18/07 | Lajitas Daily Revenue Report, Permit Listing and Beverage Inventory | |
| 10 | | ---------- | --- | --------- | Summary of Schedules of Lajitas Utility Co., Inc. | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ***EXHIBITS OF PA FUNDING*** |
| 1 | | 12/18/07 | yes | 12/18/07 | Promissory Note in the Amount of $12,500.00 from Lajitas Resort, Ltd. And Lajitas Real Estate, Ltd. To PA Funding, LC, dated 6/2/06 |
| 2 | | 12/18/07 | yes | 12/18/07 | Loan Agreement By and Among Lajitas Resort and Lajitas Real Estate as Borrower and PA Funding as Lender, dated 6/2/06 |
| 3 | | 12/18/07 | yes | 12/18/07 | Deed of Trust, Security Agreement, Financing Statement and Assignment of Rents and Leases Filed in Presidio County, Texas dated 6/2/06 |
| 4 | | 12/18/07 | yes | 12/18/07 | Deed of Trust, Security Agreement, Financing Statement, and Assignment of Rents and Leases filed in Brewster County, Texas dated 6/2/06 |
| 5 | | 12/18/07 | yes | 12/18/07 | Deposit Account Control Agreement Among Lajitas Real Estate, Ltd., PA Funding, LLC and JPMorgan Chase Bank, N.A., dated 6/2/06 |
| 6 | | 12/18/07 | yes | 12/18/07 | Security Agreement by Boquillas Beverage Company, dated 6/2/06 |
| 7 | | 12/18/07 | yes | 12/18/07 | Security Agreement by Lajitas Utility Co., Inc. Dated 6/2/06 |
| 8 | | 12/18/07 | yes | 12/18/07 | Security Agreement by Lajitas Real Estate, Ltd., dated 6/2/06 |
| 9 | | 12/18/07 | yes | 12/18/07 | Security Agreement by Lajitas Resort, Ltd., dated 6/2/06 |
| 10 | | 12/18/07 | yes | 12/18/07 | Guaranty Agreement by Boquillas Beverage Company, dated 6/2/06 |
| 11 | | 12/18/07 | yes | 12/18/07 | Guaranty Agreement by Lajitas Sales, LLC dated 6/2/06 |
| 12 | | 12/18/07 | yes | 12/18/07 | Guaranty Agreement by Lajitas Airport, Ltd., dated 6/2/06 |
| 13 | | 12/18/07 | yes | 12/18/07 | Guaranty Agreement by Lajitas Utility Co., Inc., dated 6/2/06 |
| 14 | | 12/18/07 | yes | 12/18/07 | Guaranty Agreement by Lajitas Management, LLC dated 6/2/06 |
| 15 | | 12/18/07 | yes | 12/18/07 | Guaranty Agreement by Austex Lajitas Enterprises, Ltd.. Dated 6/2/06 |
| 16 | | 12/18/07 | yes | 12/18/07 | Guaranty Agreement by Stephen R. Smith, dated 6/2/06 |
| 17 | | 12/18/07 | yes | 12/18/07 | Pledge Agreement by Lajitas Sales, LL C dated 6/2/06 |
| 18 | | 12/18/07 | yes | 12/18/07 | Pledge Agreement by Lajitas Management, LLC dated 6/2/06 |
| 19 | | 12/18/07 | yes | 12/18/07 | Pledge Agreement by Austex Lajitas Enterprises, Ltd., dated 6/2/06 |

| | | | | | |
|---|---|---|---|---|---|
| 20 | | 12/18/07 | yes | 12/18/07 | Pledge Agreement by Lajitas Resort, Ltd., dated 6/2/06 |
| 21 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Boquillas Beverage Company on Security Agreement (Filing No. 06-0020429316) dated 6/15/06 |
| 22 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Utility Co., Inc. on Security Agreement (Filing No. 06-0020428840) dated 6/15/06 |
| 23 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Real Estate, Ltd. on Security Agreement (Filing No. 06-0020429083) dated 6/15/06 |
| 24 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Resort, Ltd. on Security Agreement (Filing No. 06-0020428951) dated 6/15/06 |
| 25 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Sales, LLC on Pledge Agreement (Filing No. 06-0020429427) dated 6/15/06 |
| 26 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Management, LLC on Pledge Agreement (Filing No. 06-0020427829) dated 6/15/06 |
| 27 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Austex Lajitas Enterprises, Ltd. on Pledge Agreement (Filing No. 06-0020427930) dated 6/15/06 |
| 28 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Resort, Ltd. on Pledge Agreement (Filing No. 06-0020429538) dated 6/15/06 |
| 29 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Utility Co., Inc. on Deed of Trust (Filing No. 06-0020428173) dated 6/15/06 |
| 30 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Airport, Ltd. on Deed of Trust (Filing No. 06-0020428628) dated 6/15/06 |
| 31 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Resort, Ltd. on Deed of Trust (Filing No. 06-0020428395) dated 6/15/06 |
| 32 | | 12/18/07 | yes | 12/18/07 | UCC-1 Financing Statement for Debtor Lajitas Real Estate, Ltd. on Deed of Trust (Filing No. 06-0020428406) dated 6/15/06 |
| 33 | | 12/18/07 | yes | 12/18/07 | Release of Lien by Ramon M. Mimier, dated 06/28/06 |
| 34 | | 12/18/07 | yes | 12/18/07 | Loan Schedule / repayment of debt |
| | | | | | |
| | | | | | ***EXHIBITS OF SRS*** |
| 3-8 | | 12/18/07 | NO | 12/18/07 | No Exhibits for these numbers |
| | | | | | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size. *Pg. 3 of 3*